IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DARRELL THORNTON,

Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.                                          CASE NO. 1D16-3333

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed January 6, 2017.

An appeal from an order of the Circuit Court for Clay County.
John H. Skinner, Judge.

Darrell Thornton, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Upon consideration of appellant's response to the Court's order of July 26, 2016, the Court has determined that the appeal is untimely. Accordingly, the appeal is dismissed. The Court notes that appellant's petition seeking belated appeal of the lower tribunal's March 29, 2016, Order Denying Defendant's Motion for Postconviction Relief is currently being considered by the Court in case number 1D16-4615.

OSTERHAUS, BILBREY, and WINOKUR, JJ., CONCUR.